**Order entered August 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00057-CR**
**No. 05-18-00058-CR**

**KEN DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-10099-M & F16-10100-M**

## ORDER

The reporter's record, originally due February 17, 2018, was filed August 9, 2018.

In light of this, we **VACATE** that portion of our June 25, 2018 order that orders Belinda Baraka not sit as a court reporter.

We note that our June 28, 2018 order in appellate causes 05-18-00100-CR, 05-18-00101-CR, and 05-18-00102-CR styled *Marqueise Jerome Davis v. State* and our August 3, 2018 order in appellate cause 05-18-00595-CR styled *Torey Donovan White v. State*, both of which order that Belinda Baraka not sit until the complete reporter's records in those appeals are filed, remain in effect.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; to Belinda Baraka, official court reporter of the 194th Judicial District Court; to the Dallas County Auditor's Office; and to all counsel for all parties.

We **ORDER** appellant's brief due September 20, 2018.


/s/     CRAIG STODDART
        JUSTICE